

5 Penn Plaza, 19th Floor
New York, New York 10001
212.835.1521

www.aguilarbentley.com

171 East Ridgewood Ave, Ste. 201
Ridgewood, New Jersey 07450
212.835.1521

<u>**VIA ACMS**</u>

May 20, 2025

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
Room 150
New York, NY 10007
(212) 857-8610

Re: <u>Substitution of Counsel in *Adstra, LLC v. Kinesso*, LLC, Nos. 25-512, 25-1226</u>

Dear Clerk of the Court,

    I am writing to inform you that Sharonmoyee Goswami of Cravath, Swaine & Moore LLP will replace Anna Aguilar and Anne Burton-Walsh of Aguilar Bentley LLC as counsel to Appellant Adstra, LLC in the above-referenced consolidated appeals. Should you have any questions, please do not hesitate to contact me regarding this matter.

                            Sincerely,

                            <u>*/s/ Anne Burton Walsh*</u>
                            Anne Burton-Walsh

To: Sharonmoyee Goswami (via ACMS and email)
     Cravath, Swaine & Moore LLP
     Two Manhattan West
     375 Ninth Avenue
     New York, NY 10001
     (212) 474-1544
     sgoswami@cravath.com