**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 29, 2025
Docket #: 25-1226
Short Title: Adstra, LLC v. Kinesso, LLC

DC Docket #: 1:24-cv-2639
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Lewis Liman

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-2129.